# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 13–34059–ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Robert W. McConkey
  20 Country Club
  Northfield, NJ 08225

Social Security No.:
  xxx–xx–0926

Employer's Tax I.D. No.:

## NOTICE OF PROPOSED ABANDONMENT

    Douglas S. Stanger, Trustee for the above−captioned case, has filed a notice of intent to abandon certain property described below as being of inconsequential value to the estate.
    If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the Trustee no later than July 22, 2014.
    In the event an objection is timely filed, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on

DATE:        7/29/2014
TIME:        10:00
COURTROOM:   4B

    If no objection is filed with the Clerk and served upon the Trustee on or before July 22, 2014, the abandonment will take effect on the fifth day following the last day to file objections.

The description of the property to be abandoned is as follows:
309–311 North
Lafayette Avenue
Ventnor, NJ 08406
$433,200.00

The liens on the property to be abandoned are as follows
(including amount claimed due):
$75,000.00
Realtime Resolutions
Inc.
$437,121.00
Specialized Loan
Servicing

The amount of equity claimed as exempt by the debtor is:
–0–

    Request for additional information about the property to be abandoned should be directed to the Trustee at:
Douglas S. Stanger
Flaster/Greenberg
646 Ocean Heights Avenue
Linwood, NJ 08221
(609) 645−1881

    or the trustee's attorney (if applicable) at:
Douglas S. Stanger
Flaster/Greenberg
646 Ocean Heights Avenue
Linwood, NJ 08221
(609) 645−1881


Dated: July 9, 2014
JJW:

                                                  James J. Waldron
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Robert W. McConkey  
    Debtor

Case No. 13-34059-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1　　　User: lretford　　　Page 1 of 2　　　Date Rcvd: Jul 09, 2014  
　　　　　　　　　　　　Form ID: 154　　　　Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2014.
```
db         +Robert W. McConkey,    20 Country Club,    Northfield, NJ 08225-2574
514326585  #Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
514326583   Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
514326584  +Bank of America,    1800 Tapo Canyon Road,    Simi Valley, CA 93063-6712
514326587  +Comcast Cable,    PO Box 3006,    Southeastern, PA 19398-3006
514326589  +Eastern Account System,    PO Box 837,    Newtown, CT 06470-0837
514326590  +HSBC Metris,    PO Box 5253,    Carol Stream, IL 60197-5253
514326591  +Leonard Franco, Jr.,    Fulton, Friedman & Gullac,    35 Journal Square, Ste. 401,
             Jersey City, NJ 07306-4007
514326593 ++NATIONSTAR MORTGAGE,    PO BOX 630267,    IRVING TEXAS 75063-0116
             (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
             Lewisville, TX 75067)
514326592  +National Enterprise Systems,    29125 Solon Road,    Solon, OH 44139-3442
514326594  +Nationwide Credit, Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
514326595   New Century Financial Services,    c/o Pressler & Pressler,    7 Entin Road,    Whippany, NJ 07981
514396725  +Rickart Collection Systems, Inc.,    575 Milltown Road,    PO Box 7242,
             North Brunswick, NJ 08902-7242
514326597  +Sea Village Marina LLC,    125 Margate Boulevard #1,    Northfield, NJ 08225-2577
514396724  +South Jersey Gas,    Customer Care Center,    PO Box 577,    Hammonton, NJ 08037-0577
514326598  +Specialized Loan Servicing,    PO Box 636005,    Littleton, CO 80163-6005
514326600  +WFFNB/Raymour & Flanigan,    CSCL Dispute Team,    MAC N8235-04M,    PO Box 14517,
             Des Moines, IA 50306-3517
514326599  +Wells Fargo National Bank,    PO Box 660041,    Dallas, TX 75266-0041
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg        +E-mail/Text: leah.bynon@usdoj.gov Jul 09 2014 21:21:05    U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2523
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2014 21:21:01    United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
514326582   E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 09 2014 21:20:58    Asset Acceptance LLC,
             PO Box 1630,    Warren, MI 48090-1630
514326586   E-mail/Text: bankruptcy@cavps.com Jul 09 2014 21:21:19    Cavalry Portfolio Services, LLC,
             PO Box 1017,    Hawthorne, NY 10532
514326588   E-mail/PDF: mrdiscen@discoverfinancial.com Jul 09 2014 21:39:12    Discover Card,    PO Box 15316,
             Wilmington, DE 19850
514326596  +E-mail/Text: bkdepartment@rtresolutions.com Jul 09 2014 21:21:17    Realtime Resolutions Inc.,
             1750 Regal Row, Ste 120,    Dallas, TX 75235-2287
                                                                                              TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2014　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: lretford              Page 2 of 2                  Date Rcvd: Jul 09, 2014
                              Form ID: 154                Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2014 at the address(es) listed below:

        Alexandra T. Garcia    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York successor Trustee to JPMorgan Chase Bank, N.A. as Trustee for the Structured Asset Mortgage Investments II Trust, Mortgage Pass-Through Certifica NJECFMAIL@mwc-law.com

        David M. Bernstein    on behalf of Debtor Robert W. McConkey dmb4law@aol.com

        Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com, dss@trustesolutions.net

        Douglas S. Stanger    doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com, jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net

        TOTAL: 4